1  Peter H. Klee, State Bar No. 111707
   Seth M. Friedman, State Bar No. 186239
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
3  San Diego, California 92101-3372
   Telephone No.: 619.236.1414
4  Fax No.: 619.232.8311

5  Attorneys for Defendant ALLSTATE INSURANCE COMPANY

FILED
2006 OCT 11  AM 11: 12
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ESSICK, an incompetent, by and through his Guardian Ad Litem, Janis Lara,<br><br>    Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY; SCOTTSDALE INDEMNITY COMPANY; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 06-CV-1103 R (AJB)<br><br>Hon. John S. Rhoades<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT ALLSTATE INSURANCE COMPANY WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(ii)] |

Case No. 06-CV-1103 R (AJB)

1   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS HEREBY
2   STIPULATED by and between plaintiff James Essick, an incompetent, by and through his
3   guardian ad litem, Janis Lara, and defendant Allstate Insurance Company, through their
4   designated counsel, that plaintiff dismisses his complaint against Allstate in the above-
5   captioned action <u>with prejudice</u>. Each party will bear its own costs and attorneys' fees.
6   This stipulation applies to defendant Allstate only.

DATED: September 28, 2006   LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: _____
Seth M. Friedman
Attorneys for Defendant ALLSTATE
INSURANCE COMPANY

DATED: September 28, 2006   WINGERT GREBING BRUBAKER & GOODWIN

By: _____
Charles R. Grebing
Attorneys for Plaintiff JAMES ESSICK, an
incompetent, by and through his Guardian Ad
Litem, Janis Lara

3749119.1

IT IS SO ORDERED
DATED 10/4/06

_____
UNITED STATES DISTRICT JUDGE

2   Case No. 06-CV-1103 R (AJB)

1  Peter H. Klee, State Bar No. 111707
   Seth M. Friedman, State Bar No. 186239
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
3  San Diego, California 92101-3372
   Telephone No.: 619.236.1414
4  Fax No.: 619.232.8311

5  Attorneys for Defendant
   ALLSTATE INSURANCE COMPANY
6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 JAMES ESSICK, an incompetent, by     Case No. 06 CV 1103 R AJB
   and through his Guardian Ad Litem,
   Janis Lara,
12                                      **PROOF OF SERVICE**
          Plaintiff,
13
   v.                                   The Hon. Anthony J. Battaglia
14
   ALLSTATE INSURANCE
15 COMPANY; SCOTTSDALE
   INDEMNITY COMPANY; and DOES
16 1 through 10, inclusive,

17        Defendants.

18

19        I, the undersigned, declare as follows:

20        I am employed with the law firm of LUCE, FORWARD, HAMILTON &

21 SCRIPPS LLP, whose address is 600 West Broadway, Suite 2600, San Diego,

22 California 92101-3391. I am readily familiar with the business practices of this

23 office for collection and processing of correspondence for mailing with the United

24 States Postal Service; I am over the age of eighteen and I am not a party to this

25 action.

26        On October 2, 2006, I caused the following document(s) to be served:

27 **STIPULATION OF DISMISSAL OF DEFENDANT ALLSTATE
   INSURANCE COMPANY WITH PREJUDICE [FED.R.CIV.P.
28 41(a)(1)(ii)]**

1  ____ by placing a copy in a separate envelope addressed to each addressee as indicated below and delivering to Cal Express for personal service.

2

3  ____ by sending a copy via overnight mail via Federal Express.

4  _X_ by placing a copy in a separate envelope, with postage fully prepaid, for each address named on the attached service list for collection and mailing on the below indicated day following the ordinary business practices at Luce, Forward, Hamilton & Scripps LLP, at 600 West Broadway, Suite 2600, San Diego, California. I certify I am familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

10 ____ by sending a copy via facsimile transmission to the telefax number(s) indicated below. The facsimile machine I used complied with California Rules of Court, Rule 2003 and no error was reported by machine.

Charles R. Grebing, Esq.
Eric R. Deitz, Esq.
Wingert Grebing Brubaker & Goodwin LLP
600 West Broadway, 7th Floor
San Diego, CA 92101-3370
Tel: (619) 232-8151
Fax: (619) 232-4665

Alan B. Yuter, Esq.
SELMAN & BREITMAN LLP
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025-6538
Tel: (310) 445-0800
Fax: (310) 473-2525

____ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_X_ (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed at San Diego, California on October 2, 2006.

*Linda Pragit* (signature)
Linda Pragit

3711035.1

Case No. 06 CV 1103 R AJB

2