FILED
2007 APR 20 PM 1:41
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ESSICK, an incompetent, by and through his Guardian Ad Litem, Janis Lara,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY; SCOTTSDALE INDEMNITY COMPANY; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 06CV1103 R(AJB)<br><br>[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE<br><br>Judge: Hon. John S. Rhoades<br><br>[Fed. R. Civ. P.41(a)(1)(ii)] |

Pursuant to Rule 41(a)(1)(ii) of the <u>Federal Rules of Civil Procedure</u> and the stipulation of the parties, plaintiff JAMES ESSICK, an incompetent, by and through his Guardian Ad Litem, Janis Lara, and defendant, SCOTTSDALE INDEMNITY COMPANY, the case is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 4/19/07

_____
HONORABLE JOHN S. RHOADES

1